# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JESSICA MECHE

VERSUS

USAA CASUALTY INSURANCE
COMPANY, FARRAH BENEDETTO,
GEICO CASUALTY COMPANY

NO. 2022 CW 0270

MARCH 18, 2022

---

In Re:    USAA Casualty Insurance Company and Farrah Benedetto,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 661762.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**   The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**,
396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**WIL**
**EW**

   **McDonald, J.**, concurs in part and dissents in part.   I
concur in the denial of the writ as to the motion in limine.
However, I dissent in part and would grant the motion to
continue the trial.   A continuance shall be granted if at the
time a case is to be tried, the party applying for the
continuance shows that he has been unable, with the exercise of
due diligence, to obtain evidence material to his case.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT